Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED

Jan 03 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ gloriav          DEPUTY

*Christopher K. Alonso*

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

*Imperial County Sheriffs Office*

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **'23 CV 0005 CAB BGS**

*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

Name                    *Christopher K. Alonso*

Street Address          *585 Westland Dr.*

City and County         *El Centro    Imperial Co*

State and Zip Code      *Ca  92243*

Telephone Number        *760  235  9588*

E-mail Address          *chalonso11@gmail.*

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name                                    J. Mendoza & Soto
Job or Title *(if known)*               Sheriff Deputy Jail
Street Address                          328 Applestill Rd
City and County                         El Centro   Imperial
State and Zip Code                      Ca   92243
Telephone Number                        442 265 2000
E-mail Address *(if known)*             administration@ICSO.org

Defendant No. 2

Name                                    R Lizzarga & J Guzman
Job or Title *(if known)*               Sheriff Deputy Jail
Street Address                          328 Applestill Rd.
City and County                         El Centro   Imperial
State and Zip Code                      Ca 92243
Telephone Number                        442 265 2000
E-mail Address *(if known)*

Defendant No. 3

Name                                    Soria & Castro
Job or Title *(if known)*               Sheriff deputy
Street Address                          328 Applestill Rd
City and County                         El Centro   Imperial
State and Zip Code                      Ca 92243
Telephone Number                        442 265 2000
E-mail Address *(if known)*

Defendant No. 4

Name                                    (Sgt) M. Moniga & Torres
Job or Title *(if known)*               Sheriff Deputy
Street Address                          328 Applestill Rd
City and County                         El Centro   Imperial
State and Zip Code                      Ca 92243
Telephone Number                        442 265 2000
E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Statue 1983    Screws vs United States, JS vs City Campbell, 14th Amendment

Graham vs Connor

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* Christopher R Alonso , is a citizen of the State of *(name)* California .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

        and has its principal place of business in the State of *(name)*

        _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of

        *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.     If the defendant is a corporation

              The defendant, *(name)* _____ , is incorporated under

              the laws of the State of *(name)* _____ , and has its

              principal place of business in the State of *(name)* _____ .

              Or is incorporated under the laws of *(foreign nation)* _____ ,

              and has its principal place of business in *(name)* _____ .

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.     The Amount in Controversy

       The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

       Excessive force, Emotional distress, false booking Report, Medical Neglection - Medical Mal Practice. Unhumane Conditions. Embarrassment Anguish. Meal & food neglection Unlawful training protocols/techniques to escort/subdue.

          USD 6,500,000 00

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

   A.     Where did the events giving rise to your claim(s) occur?

       At Imperial Valley Jail facility located at 328 Applestill Rd in El Centro CA. Brawley Superior Court House at 220 Main St Brawley CA

   B.     What date and approximate time did the events giving rise to your claim(s) occur?

       In between my incarceration time of Oct X⸱ 1st through November 8th, 2022.

       Times varied.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Throughout my time incarcerated I experienced harassment verbally by staff & felt sexually harassed as females enter all male pods while undressed. Assaulted by an officer as he threw a lunch tray at me while I sleep. My meal was deprived on retaliation bases. My health & safety was disregarded after several medical Complaints. Body shamed placed in super cold isolated unit with no clothing socks or shoes. No mattress room full of feces & urine. Unsanitary Pod Conditions w/insect hives. My sleep was deprived with lighting torment techniques & random wake ups. Request of supervisor always denied. Unlawful handcuffing techniques & escorting creating further harm to detainee.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Mental trauma
Emotional distress

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Excessive force damage $2,000,000 USD
Unhumane/unsanitary Conditions damage. >
Hygiene neglection
Food meal Neglection damage $500,000 USD
Medical Neglection & medical mal practice damage $1,500,000 USD
Emotional Mental damages $500,000 USD

I cooperative every time with every officer & was not combative. I did raise/alter my voice when I felt my rights were being violated. Made several requests through via tablet & verbally & was denied/rejected. Disregarded my health in unstable conditions.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        Jan 3/023

Signature of Plaintiff        _Christopher L. Hanso (signature)_

Printed Name of Plaintiff        Christopher R. Hanso

### B.    For Attorneys

Date of signing:        _____

Signature of Attorney        _____

Printed Name of Attorney        _____

Bar Number        _____

Name of Law Firm        _____

Street Address        _____

State and Zip Code        _____

Telephone Number        _____

E-mail Address        _____

Print      Save As...      Add Attachment      Reset

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| _Christopher K Alonso_ | ) Case No. _____ |
| Plaintiff(s) | ) _(to be filled in by the Clerk's Office)_ |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) Jury Trial: *(check one)* [X] Yes [ ] No |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
|  | ) |
| _Imperial County Sheriffs Office_ | ) |
| Defendant(s) | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                 _Christopher K Alonso_
Street Address       _585 Westwind Dr._
City and County      _El Centro   Imperial Co_
State and Zip Code   _Ca 92243_
Telephone Number     _760 235 9588_
E-mail Address       _____

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name      J Mendoza & Soto

Job or Title *(if known)*    Sheriff Deputy

Street Address    328 Applestill Rd

City and County    El Centro Imperial

State and Zip Code    Ca 92243

Telephone Number    442 265 2000

E-mail Address *(if known)*    administration@icso.org

Defendant No. 2

Name      R Lizzarga & J Guzman

Job or Title *(if known)*    Sheriff Deputy

Street Address    328 Applestill Rd

City and County    El Centro Imperial

State and Zip Code    Ca 92243

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name      Soria & Castro

Job or Title *(if known)*    Sheriff Deputy

Street Address    328 Applestill Rd

City and County    El Centro Imperial

State and Zip Code    Ca 92243

Telephone Number    442 265 2000

E-mail Address *(if known)*

Defendant No. 4

Name      M Mongia & Torres

Job or Title *(if known)*    Sheriff Deputy

Street Address    328 Applestill Rd

City and County    El Centro C. Imperial Ca.

State and Zip Code    Ca 92243

Telephone Number    442 265 2000

E-mail Address *(if known)*    administration@icso.org

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Statue 1983 Screw vs US., J.S. vs officer-Curt Campbell, 14th amendment, Graham vs Connor*

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

    a.     If the plaintiff is an individual

        The plaintiff, *(name)* Christopher K Alonso , is a citizen of the State of *(name)* California .

    b.     If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

        and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

    a.     If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

   b. If the defendant is a corporation

    The defendant, *(name)* Imperial County Sheriff Office is incorporated under

    the laws of the State of *(name)* California , and has its

    principal place of business in the State of *(name)* California .

    Or is incorporated under the laws of *(foreign nation)* ,

    and has its principal place of business in *(name)* .

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   Excessive force, Medical Negligence/Mal Practice. Un Sanitary Conditions Emotional distress, Anguish Embarrassment Unlawful training protocols. Health disregarded. Meds deprivation

   USD 6,500,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Attached

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Excessive force damages, Health neglection/practices damages Harassment damages Emotional/mental damages. Bodily Injury damages

I made several requests regarding issues & state of being for improvements of my health/statements were always disregarded I complied w/every officer & was not combative but was ugly & when I was disrespected or my rights were violated.

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        Jan 3, 2023

Signature of Plaintiff

Printed Name of Plaintiff        Christopher K. Alonso

### B.    For Attorneys

Date of signing:        _____

Signature of Attorney        _____

Printed Name of Attorney        _____

Bar Number        _____

Name of Law Firm        _____

Street Address        _____

State and Zip Code        _____

Telephone Number        _____

E-mail Address        _____

Print        Save As...        Add Attachment        Reset