Christopher K Alonso
(Name)

585 Westwind Dr
(Address)

El Centro Ca 92243
(City, State, Zip)

_____
(CDCR / Booking / BOP No.)

FILED
Oct 12 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ BreanneChandler   DEPUTY

# United States District Court
## Southern District of California

Christopher K Alonso,
(Enter full name of plaintiff in this action.)

              Plaintiff,

v.

Imperial County Sheriff Dept
R. Lizzarga, J. Guzman, Soto
Soto, Torres, R. Alvarez, Siria
Mendoza, Gutierrez, Munoza, Castro
(Enter full name of each defendant in this action.)

              Defendant(s).

Civil Case No. 23 cv 5-LR
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.
_____.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Christopher K Alonso, who presently resides at 585 Westwind Dr. in El Centro Ca 92243, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at Imperial County Jail on (dates) Oct 1st, through, and Nov 2nd 2022
(institution/place where violation occurred)   (Count 1)   (Count 2)   (Count 3)

§ 1983 SD Form

2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **S. Torres** (name) resides in **Imperial County** (County of residence), and is employed as a **Imperial County Deputy** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Violated my 4th amendment right. Harrassment Violation working all male pod. Flashlight torment. Entering plantiff's cell w/out probable cause. Privacy Concern. Coming in close contact/space of plantiff while undressed

Defendant **R. Alvarez** (name) resides in **Imperial County** (County of residence), and is employed as a **Imperial County Sheriff Deputy** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Violation of 4th amendment right. Entering Plantiff cell w/ no probable cause when communication can be done through cell door. Entered/Opened plantiff cell to intimidate. Privacy Concern harrassment

Defendant **Guiterrez** (name) resides in **Imperial County** (County of residence), and is employed as a **Imperial County Sheriff Dept.** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Violation of 4th amendment right. Privacy Concerns of close contact of plantiff entering plantiff's cell w/ no probable cause making plantiff feel unsafe after asking officer to keep distance & requesting others to make contact

Defendant **Mendoza** (name) resides in **Imperial County** (County of residence), and is employed as a **Imperial County Sheriff Deputy** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Excessive force usage when handcuffing & escorting plantiff. Untrained/unsafe handcuffing techniques causing liasions to wrist & head trauma. Pulling & yanking of chain shackles.

Def **Castro** resides in imperial County & is employed as a Imperial County Sheriff. Defendant Sued for official Capacity. Wrongfully touched & harrassed for dresscode at Brawley Courts. Failed to protect their subject in custody while handcuffed. Violated Plantiff 4th amendment right. Interfered w/ plantiff's due process w/ threats of unfair unspeedy trial.

Def. **Soria** resides in Imperial County & is employed as a Imperial County Sheriff. Defendant sued in his official Capacity. For wrongfully touching Plantiff at brawley courts for dresscode violation his 4th amendment right. Violation of 4th amendment. Harrassing Plantiff threating unfair/unspeedy trial. Fail to protect subject (plantiff)

§ 1983 SD Form

Defendant R. Lizzaraga resides in Imperial County & is employed as a Imperial County Sheriff. Defendant is sued in his official capacity. Violating plantiff's 8th amendment right for cruel & unusual punishment for depriving plantiff's meals. Neglecting Plantiff's right to receive meal in retaliation after plantiff requested a supervisor. Prevent plantiff from accessing his meal from meal provider at meal time after closing access cell door window slot in retailation. Cruel behavior towards plantiff for taking/snatching plantiff's meal bag lunch from cell door window slot ledge for no reason.

Defendant Mendoza Jr. resides in Imperial County & is employed as a Imperial County Sheriff Deputy. Defendant is sued in his official capacity. Usage of unprofessional and excessive force towards plantiff when delivering/giving plantiff's meal lunch bag at plantiff's cell door. Assaulting plantiff by throwing meal lunch bag at plantiff while laying asleep in cell bed hitting plantiff's crouch/genitral area with meal lunch bag. Battery toward the plantiff for throwing an item at plantiff while unconscious w/ no consent

Defendant Sgt Mungia resides in San Diego County & is employed as a Imperial County Sheriff Sgt Deputy. Defendant is sued in his official capacity. Violating plantiff's 14th amendment right in failure to provide emergency medical care after plantiff requested & imperial county medical room was closed due to shortage of staff. Depriving the plantiff from life due to medical needs.

Defendant J. Guzman, Sgt resides in Imperial County & is employed as a Imperial County Sheriff Defendant is sued in his official capacity. Violating plantiff's 8th amendment right for rude, unpleasant, unprofessional behavior by harrassing & taunting plantiff with vulgarly discriminating insults towards plantiff's gender. Impersonating other officers as uniform plaque display named was change several time violating law enforcement code of ethics for identifying purposes.

Defendant Soto & Joto resides in Imperial County & is employed as a Imperial County Sheriff. Defendants is sued in his official capacity. Harassing & tauting the plantiff with unprofessional remarks/statements. Violation of plantiff's 8th amendment right. Intimidating plantiff w/ unwarrant searches looking to fight plantiff by opening plantiff's cell door after plantiff practices his first amendment right. Violating the code of ethics of identification by impersonating other staff members by inputting different name plaques on uniforms

Defendant Hernandez resides in Imperial County & is employed as a Imperial County Sheriff. Defendant sued in his official capacity. Failure to protect plaintiff when subdued & in his care/jurisdiction at bravely courts. Plaintiff was assaulted by other inmates while court awaiting cell handcuffed & shackled from his ankles whilest other inmates in cell werenot subdue/handcuffed. Failed to serve & protect. Violating plaintiffs 8th amendment right. Framer vs Brenan. relevant to the state created danger theory.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: ____4th amendment right.____
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

Officer Susan Torres & Rolando Alvarez violated the plaintiff's privacy right. Plaintiff was awaken half dressed in underwear where plaintiff stated he felt uncomfortable as Torres is a female officer & the plaintiff is a male. After plaintiff expressed his concern officer torres tried to intimidate the plaintiff by unlocking the plaintiff's cell door & acted if she was going to enter into the plaintiff's private protected living area as Torres stepped to the side & Officer Rolando stepped inside plaintiff's cell to intimidate. There was no exchange of words & plaintiff was in fear of his life. Officers broke protocol as they unlocked & open cell door to harrass & intimidate the plaintiff.

Plaintiff had his meal delivered to his medical cell by officer gutierrez who had already been told by plaintiff to stop communicating or making contact w/ plaintiff (Alonzo). Officer gutierrez stepped all the way inside of plaintiff medical cell invading plaintiff personal space. Plaintiff told the officer he had already requested him to never make contact as there was other officers on shift & the officer was also told he could place my meal plate on the floor. Plaintiff asked officer several times to step out as plaintiff did not feel safe & comfortable. The Officer stated "it was his cell, it was his Jail" & that he ran the Jail. Officer gutierrez never stepped out until plaintiff called for other guards. Plaintiff had not been asked to be removed or plaintiff had not broke code of conduct by officers violated plaintiff's 4th amendment right by entering his cell intimidating him & coming in close proximity of the plaintiff personal space as he was cornered.

Count 3: The following civil right has been violated: __Violation of 8th amendment right.__
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

Unknown/unnamed uniform correction officer provided cruel & unusual techniques of embarrassment towards plantiff body shaming plantiff for having to uncloth himself completly infront of officer for apparel changes of inmate orange clothing while female officers where present in pod area. Officers would refuse new change of clothing if plantiff was not fully undressed/unclothed naked to recieve a new clean pair of clothing.

Depriving meals for plantiff as officer Lizaraga retaliated & took plantiff's meal bag lunch from plantiff's cell door window slot. Plantiff questioned Lizaraga regarding inmate neglection concerns where plantiff Llanos requested a supervisor based on officer's reply & Lizaraga retailed by taking plantiff's meal privilage. Plantiff felt discriminated as the meal hour period came around where every inmate was able to retreive their lunch bag meal except for plantiff as he had to wait for Officer Lizaraga to come back around to open the plantiff's meal window cell slot in order for plantiff to retreive his meal like any other inmate.

Officer is liable for plantiff's health & safety while subdued in their custody (Framer v Brennon) Prison officials fail to act & protect the plantiff from assault at Brawley Court house waiting cell. Plantiff is discriminated as plantiff is the only one in cell with handcuffs & shackles (subdued) while three other inmates are free of handcuffs & shackles when plantiff Llanos gets assaulted by other inmates. Officer hernandez who could see the whole incident from slot window opening failed to act. All officers fail to contain inmates properly & maintain thing safe & sound. Plantiff was mistreated after refusing medical treatment at Imperial valley Jail after getting assaulted at Brawley Courthouse. Plantiff had done nothing wrong when escorted officer mendoza & gutierrez grabbed plantiff & forcefully pushed punched & tore plantiff (escorted) to another pod cell. Plantiff suffer trauma to head & liason to wrist area. Officers conducted themselves unprofessional & used excessive force. Plantiff also requested other officers to escort plantiff as plantiff

Count 2:  The following civil right has been violated: __Violation of 14th amendment right.__
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Overall conditions of Imperial County Jail are unsanitary disregarding human life with bad health practices & depriving plaintiff from mandatory hygiene practices. Unhumane Jail conditions with feces & dried urine all over cells w/ extreme ventilation problems causing heat exhaustion. Jail could not be considered to be a rehabilitation area with high standards & comfortable save live environment. Unlivable conditions w/ huge problems of fruit flies hives & mosquitos (Pigh us Cocher). Plaintiff did not get his first clean of orange apparell until 17 days after his incarceration. Placing plaintiff's safety in danger for potential air pathogens. Every three days the plaintiff was given a clean under grey shirt socks & unwear. Plaintiff did not have the ability to shower every day even when jail mandates inmates to workout. Plaintiff was still told to wear his orange Jail apparel on top of his undershirt which is unsanitary.

Inadequate healthcare provided. Plaintiff dealt his medical neglection as plaintiff was suffering digestive system issues. Plaintiff had submitted several health request reports through Pod via tablet & plaintiff's medical needs where disregarded. In one occasion plaintiff requested to go to 911 emergency services as he was in so much pain but Imperial Jail medical room was closed due to it being under staff therefore Jail medical team could not be considered. Sgt Munga was the officer present at the time was refused to contact medical services. Plaintiff has history of bad bowel movement w/ internal 'blood discharge.'
(Landeros vs Flood)
Pertaining to the equal protection of rights; plaintiff booking reports consists of errors which is an automatic dismissal (United States vs Adams) The plaintiff Report location of Arrest is incorrect. Plaintiff's government identification numerical code is incorrect w/ articulation state # A33352908 Plaintiff's state ID # is F1994925.

4

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☑ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: Myself Christopher A Alonso
Defendants: San Diego Sheriff Office
(b) Name of the court and docket number: Alonso vs Imperial County Sheriff Dept. Case # 3.2022-cv-00097-CAB WVG
(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] Pending
(d) Issues raised: Violation of 4th. Rodriguez vs United States

(e) Approximate date case was filed: Jan 2022
(f) Approximate date of disposition: N/b

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.]? ☐ Yes ☑ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

Actions are still pending.

§ 1983 SD Form

6

E. **Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): To continue as official employees of the state. Stripping defendants official capacity tittles. Suspend those not qualify on unpaid leave.

2. Damages in the sum of $ 5,000,000 USD.

3. Punitive damages in the sum of $ 7,000,000 USD

4. Other: _____

F. **Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.)

Date: Sept 30, 2023

Signature of Plaintiff

§ 1983 SD Form
(Rev. 8/15)

7



**Signs Unlimited**



Attn: Clerk's Office
United States District Court
Southern District of California
333 West Broadway Suite 420
San Diego CA 92101



RECEIVED
OCT 12 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

10054 PROSPECT AVENUE, SUITE F • SANTEE, CA 92071