UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER K. ALONSO,<br><br>Plaintiff,<br><br>v.<br><br>IMPERIAL COUNTY SHERIFF OFFICE, et al.,<br><br>Defendants. | Case No.: 23cv5-LR<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO CONTINUE HEARING DATE**<br><br>**[ECF NO. 38]** |

On February 7, 2024, Defendants filed an "*Ex Parte* Motion to Continue Hearing on Defendants' Motion to Dismiss Plaintiff's Amened Complaint." (ECF No. 38.) They ask the Court to continue the hearing on Defendants' Motion to Dismiss Plaintiff's Amended Complaint from February 14, 2024, until "February 21, 2024, February 28, 2024, or to another date convenient for the Court." (Id. at 3.) In support, Defendants state that their counsel has a scheduling conflict on the date of the hearing and will not be able to attend the hearing. (Id. at 2; see also ECF No. 38-1, Decl. of Chad M. Thurston ("Thurston Decl.") at 2 (containing defense counsel's declaration stating that he has a "medical appointment on February 14, 2024, at 9:00 a.m. in San Diego," and the "appointment cannot be rescheduled for any time within the next five months.").) Defendants further allege that they "attempted to meet and confer with Plaintiff in an

attempt to stipulate to a new date" via voicemail and e-mail, but "Plaintiff did not respond."  (ECF No. 38 at 2; see also Thurston Decl. at 2.)

Having considered Defendants' *ex parte* motion, as well as defense counsel's supporting declaration, the Court finds good cause to continue the hearing date on Defendants' Motion to Dismiss Plaintiff's Amended Complaint.  Accordingly, the Court **GRANTS** Defendants' motion and **CONTINUES** the in-person hearing on Defendants' Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 32] from February 14, 2024, at 10:00 a.m. until **February 27, 2024**, at **10:00 a.m.**  The hearing will be held before **Magistrate Judge Lupe Rodriguez, Jr.**, United States Courthouse, **2003 W. Adams Ave., El Centro, CA 92243.**

**IT IS SO ORDERED**.

Dated:  February 8, 2024

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge