

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Christopher K. Alonso

Plaintiff,

V.

See Attachment

Defendant.

Civil Action No.   23-cv-00005-LR

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The deadline for Plaintiff to amend has passed with no filing from Plaintiff. The case is hereby closed.

Date:   7/22/24

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ R. Contreras

R. Contreras, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**    23-cv-00005-LR

Defendants:

Imperial County Sheriff Office; J. Mendoza, Sheriff Deputy Jail; Soto, - Sheriff Deputy Jail; R Lizzarga, Sheriff Deputy Jail; J. Guzman, Sheriff Deputy Jail; Soria, Sheriff Deputy; Castro, Sheriff Deputy; Sgt M. Muniga, Sheriff Deputy; C/O S. Torres; R. Alvarez; Gutierrez; Joto; Hernandez